# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
# CIVIL DOCKET FOR CASE #: 2:10–cv–06201–GW –JEM

| | |
|---|---|
| Sandra Anderson v. Zimmer, Inc. et al | Date Filed: 08/19/2010 |
| Assigned to: Judge George H Wu | Date Terminated: 12/27/2010 |
| Referred to: Magistrate Judge John E. McDermott | Jury Demand: None |
| Case in other court: Superior Court of CA for the County of Los Angeles, BC440884 | Nature of Suit: 365 Personal Inj. Prod. Liability |
| | Jurisdiction: Diversity |

Cause: 28:1441 Notice of Removal – Product Liability

**Plaintiff**

**Sandra Anderson**     represented by   **James G O'Callahan**
Girardi &Keese
1126 Wilshire Blvd
Los Angeles, CA 90017
213–977–0211
Fax: 213 481 1554
Email: jgocallahan@girardikeese.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Zimmer, Inc.**     represented by   **Eric J Buhr**
Reed Smith LLP
355 South Grand Avenue Suite 2900
Los Angeles, CA 90071
213–457–8000
Fax: 213–457–8080
Email: ebuhr@reedsmith.com
*ATTORNEY TO BE NOTICED*

**Kelly S Witte**
Baker &Daniels LLP
300 North Meridian Street Suite 2700
Indianapolis, IN 46204
317–237–0300
Fax: 317–237–1000
*ATTORNEY TO BE NOTICED*

**Sonja S Weissman**
Reed Smith LLP
101 Second Street Suite 1800
San Francisco, CA 94105
415–543–8700
Fax: 415–391–8269
Email: sweissman@reedsmith.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does**
*1 through 100, inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/19/2010 | Ï 1 | NOTICE OF REMOVAL from Superior Court of CA for the County of Los Angeles, case number BC440884 with CONFORMED FILED copy of summons and complaint. Case assigned to Judge George H Wu, Discovery to Magistrate Judge John E. McDermott. (Filing fee $ 350 PAID. ), filed by Defendant Zimmer, Inc. (et) (ds). (Entered: 08/20/2010) |
| 08/19/2010 | Ï | CONFORMED COPY FILED OF PROOF OF SERVICE AND SUMMONS COMPLAINT Executed by Plaintiff Sandra Anderson, upon Defendant Zimmer, Inc. served on 7/21/2010, answer due 8/11/2010. Service of the Summons and Complaint were executed upon Becky DeGeorge, Agent for Service of process in compliance with California Code of Civil Procedure by service on a domestic corporation, unincorporated association, or public entity. Original Summons returned. [FILED IN STATE COURT ON 8/10/2010 SUBMITTED ATTACHED TO NOTICE OF REMOVAL.] (et) (Entered: 08/20/2010) |
| 08/19/2010 | Ï | CONFORMED COPY OF ANSWER to Complaint 1 filed by Defendant Zimmer, Inc. [FILED IN STATE COURT ON 8/18/2010 SUBMITTED ATTACHED TO NOTICE OF REMOVAL.] (et) (Entered: 08/20/2010) |
| 08/19/2010 | Ï 2 | CERTIFICATION AS TO Interested Parties filed by Defendant Zimmer, Inc. (et) (ds). (Entered: 08/20/2010) |
| 08/19/2010 | Ï 3 | CORPORATE DISCLOSURE STATEMENT filed by Defendant Zimmer, Inc. identifying Corporate Parent Zimmer Holdings, Inc. for Zimmer, Inc. (et) (ds). (Entered: 08/20/2010) |
| 08/19/2010 | Ï 4 | NOTICE of Related Case(s) filed by Defendant Zimmer, Inc. Related Case(s): NO RELATED ACTION. (et) (ds). (Entered: 08/20/2010) |
| 08/19/2010 | Ï 5 | PROOF OF SERVICE filed by Defendant Zimmer, Inc., re Certificate/Notice of Interested Parties 2 , Notice of Related Case(s) 4 , Corporate Disclosure Statement 3 , Notice of Removal, 1 and civil cover sheet served on 8/19/2010. (et) (ds). (Entered: 08/20/2010) |
| 08/19/2010 | Ï 6 | NOTICE TO PARTIES OF ADR PROGRAM filed. (et) (Entered: 08/20/2010) |
| 08/23/2010 | Ï 7 | STANDING ORDER Re Final Pre−Trial Conferences for Civil Jury Trials Before Judge George H Wu that You are instructed to read and to follow (unless otherwise superseded herein) the Central District of California Local Rules (henceforth "Local Rules") 16−1 through 16−15 regarding pre−trial requirements. (See Standing Order for further information). (jp) (Entered: 08/23/2010) |
| 08/23/2010 | Ï 8 | MINUTE ORDER (IN CHAMBERS) COURT ORDER by Judge George H Wu:On the Courts own motion, a Scheduling Conference is set for October 7, 2010 at 8:30 a.m. Counselare reminded of their obligations to disclose information, confer on a discovery plan, and report to the Court, as required by F.R.C.P. 26 and the Local Rules of this Court. Trial counsel are ordered to be present. A Joint 26(f) Report and a Notice of Settlement Procedure Selection Form ADR−1 shall befiled with the Court not later than September 23, 2010. Plaintiffs counsel is directed to give notice of the scheduling conference to all parties that have appeared in this action, and is directed to give notice of the scheduling conference immediately to each party that makes an initial appearance in the action after this date. (yl) (Entered: 08/23/2010) |
| 08/27/2010 | Ï 9 | |

| | | |
|---|---|---|
| | | CERTIFICATE OF SERVICE filed by defendant Zimmer, Inc., *Of Notice To The Clerk Of The Superior Court Of Los Angeles County And To Adverse Party Of Removal Of Action To Federal Court Pursuant To 28 U.S.C. §§ 1332, 1441, And 1446 By Defendant Zimmer, Inc. [Diversity Of Citizenship]* served on August 19, 2010. (Buhr, Eric) (Entered: 08/27/2010) |
| 09/23/2010 | ï 10 | JOINT REPORT Rule 26(f) Discovery Plan ; estimated length of trial 5 – 7 days, filed by Defendant Zimmer, Inc... (Buhr, Eric) (Entered: 09/23/2010) |
| 09/23/2010 | ï 11 | JOINT ADR PROGRAM QUESTIONNAIRE filed by Defendant Zimmer, Inc..(Buhr, Eric) (Entered: 09/23/2010) |
| 09/23/2010 | ï 12 | NOTICE AND REQUEST of Settlement Procedure Selection (Sp3); parties request to appear before a retired judicial officer or other dispute resolution body for mediation type settlement proceedings. Filed by Defendant Zimmer, Inc. (Attachments: # 1 Proposed Order Order Re: Settlement Procedure Selection: Request and Notice)(Buhr, Eric) (Entered: 09/23/2010) |
| 09/27/2010 | ï 13 | APPLICATION for attorney Kelly S. Witte to Appear Pro Hac Vice (PHV FEE NOT PAID.) filed by defendant Zimmer, Inc.. (Attachments: # 1 Proposed Order On Application Of Non−Resident Attorney To Appear In A Specific Case)(Buhr, Eric) (Entered: 09/27/2010) |
| 09/27/2010 | ï 14 | ORDER by Judge George H Wu: Granted the NOTICE AND REQUEST of Settlement Procedure Selection (Sp3) requiring the parties to appear before a retired judicial officer or other private or non−profit dispute resolution body. (pj) (Entered: 10/01/2010) |
| 10/01/2010 | ï 15 | MINUTE ORDER IN CHAMBERS by Judge George H Wu: The Court, on its own motion, continues the time to appear at the Scheduling Conference, presently setfor October 7, 2010, from 8:30 to 10:00 a.m.: (jag) (Entered: 10/01/2010) |
| 10/04/2010 | ï 16 | NOTICE OF FILING FEE DUE on Pro Hac Vice Application FILED 9/25/10 by attorney Kelly S Witte for Defendant Zimmer, Inc. As of todays date, the court has not yet received the application fee of $275.00. Please remit the fee and this notice immediately. (vh) (Entered: 10/04/2010) |
| 10/05/2010 | ï 17 | ORDER by Judge George H Wu granting Application to Appear Pro Hac Vice by Attorney Kelly S Witte on behalf of Defendant Zimmer Inc, designating Eric J Buhr as local counsel 13 . (jp) (Entered: 10/06/2010) |
| 10/07/2010 | ï 18 | MINUTES OF Scheduling Conference held before Judge George H Wu. The Court sets the following: Last day to add/amend pleadings October 22, 2010;Mediation cutoff March 2, 2011;Post−Mediation Status Conference March 3, 2011 at 8:30 a.m.Discovery cutoff May 13, 2011; Expert discovery cutoff June 1, 2011; Motion hearing cutoff July 7, 2011; Pretrial Conference August 4, 2011 at 8:30 a.m.Court Trial August 16, 2011 at 9:00 a.m.Court Reporter: Sherri Kleeger. (pj) (Entered: 10/08/2010) |
| 11/29/2010 | ï 19 | NOTICE OF MOTION AND MOTION to Transfer Case to Eastern District of Wisconsin filed by defendant Zimmer, Inc.. Motion set for hearing on 12/30/2010 at 08:30 AM before Judge George H Wu. (Attachments: # 1 Memorandum Of Points And Authorities In Support Of Zimmer, Inc.s Motion To Transfer Venue, # 2 Declaration Of Kelly S. Witte In Support Of Zimmer, Inc.s Motion To Transfer Venue)(Buhr, Eric) (Entered: 11/29/2010) |
| 12/16/2010 | ï 20 | REPLY In Support Of MOTION to Transfer Case to Eastern District of Wisconsin 19 filed by Defendant Zimmer, Inc.. (Buhr, Eric) (Entered: 12/16/2010) |
| 12/27/2010 | ï 21 | MINUTES (IN CHAMBERS): ORDER by Judge George H Wu: granting 19 Motion to Transfer Case to the Eastern District of Wisconsin pursuant to 28:1404(a). (see attached) MD JS−6. Case Terminated. (Attachments: # 1 Letter Transfer to USDC Eastern District to Wisconsin) (pj) (Entered: 12/28/2010) |

| 12/28/2010 | Ï | TRANSMITTAL of documents to USDC Eastern District of Wisconsin. Case extracted and transferred via electronically. (pj) (Entered: 12/28/2010) |