# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

JON W. SANFLIPPO
CLERK

TEL: 414-297-3372
FAX: 414-297-3203
www.wied.uscourts.gov

March 18, 2011

James G O'Callahan
Girardi and Keese
1126 Wilshire Blvd
Los Angeles, CA 90017

Nathaniel Cade , Jr
Michael Best & Friedrich LLP
100 E Wisconsin Ave - Ste 3300
Milwaukee, WI 53202-4108

Eric J Buhr
Kelly S. Witte
Sonja S. Weissman
Reed Smith LLP
355 South Grand Avenue Suite 2900
Los Angeles, CA 90071

Re:  Sandra Anderson vs Zimmer Inc. et al.
     Case No. 10-C-1178

Dear Counsel:

The above-entitled action has been assigned to United States Magistrate Judge Patricia J. Gorence for all further proceedings. All parties have now appeared in this action. The court will conduct a telephonic Rule 16 scheduling conference with the parties on **April 20, 2011, at 2:30 p.m.** The court will initiate the conference call. One week prior to the conference, counsel shall provide Judge Gorence's deputy clerk, Mary Murawski, at (414) 297-3128, a telephone number at which they can be reached.

Each party shall follow the procedures set forth in Rule 26 of the Federal Rules of Civil Procedure. In order to assist the court in conducting the Rule 16 conference, the parties' Rule 26(f) report, which is to be filed with the court no later than **April 7, 2011**, should contain the following additional information:

1. A brief description of the nature of the case, including a statement regarding the basis of subject matter jurisdiction.

2. Whether the parties contemplate amending the pleadings, by joining parties or for other reasons.

3. Any motions which are contemplated at this time.

4. The estimated length of trial and whether a jury is requested.

5. Such other matters as may affect the scheduling of this case for final disposition.

Documents may be submitted in Portable Document Format (PDF) and may be filed electronically by **registered attorneys** using the Court's internet-based Electronic Case Files (ECF) system. Please see the Court's web site at wied.uscourts.gov for more information on electronic case filing.

Very truly yours,

JON W. SANFLIPPO
Clerk of Court

s/M. Murawski
Deputy Clerk

PJG:mlm