UNITED STATES COURT OF APPEALS
EASTERN DISTRICT OF WISCONSIN

---

Sandra Anderson
   Plaintiff,

                 Case No. 2:10-cv-01178-PJG

v.

Zimmer Inc. et al
   Defendants.

---

## DISCLOSURE STATEMENT PURSUANT TO CIVIL LOCAL RULE 7.1

The undersigned, counsel of record for SANDRA ANDERSON, plaintiff, furnishes the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

**1. PARTY IDENTIFICATION**

SANDRA ANDERSON, Plaintiff.

**2. PARTY CORPORATION STATEMENT**

Plaintiff SANDRA ANDERSON is not a corporation.

**3. COUNSEL OF RECORD**

The Law Offices of Girardi | Keese, 1126 Wilshire Boulevard, Los Angeles, CA 90017 is expected to appear for Plaintiff SANDRA ANDERSON in this Court.

DATED: March 22, 2011                GIRARDI | KEESE

                      By: _/s/ James G. O'Callahan_
                         James G. O'Callahan
                         Attorneys for Plaintiff

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1126 Wilshire Boulevard, Los Angeles, California 90017.

On March 22, 2011, I served the foregoing document described as: DISCLOSURE STATEMENT PURSUANT TO CIVIL LOCAL RULE 7.1 on interested parties in this action by electronic service: SEE MAILING LIST ATTACHED

[X] **(BY ELECTRONIC SERVICE)**

[X] As follows: Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification address listed on the attached mailing list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Executed on March 22, 2011, at Los Angeles, California.

[X] **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Stephen Longo

# MAILING LIST

Kelly S. Witte
Baker & Daniels
300 N. Meridian St., Suite 2700
Indianapolis, IN 46204
(317) 237-0300
FAX (317) 237-1000

Sonja S. Weissman
Reed Smith
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
(415) 543-8700
FAX (415) 391-8269

Eric Buhr
Reed Smith
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
(213) 457-8000
FAX (213) 457-8080

Attorneys for Defendant, Zimmer, Inc.